IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01644-WDM-BNB

RICHARD ALLEN WALLEN,

    Applicant,

v.

JOE ORTIZ, Executive Director, Department of Corrections, and
ATTORNEY GENERAL OF THE STATE OF COLORADO JOHN SUTHERS,

    Respondents.

---

## ORDER TO SUPPLEMENT ANSWER

---

In the Answer to Order to Show Cause filed on November 17, 2006, Respondents allege on page ten that "[t]he two ineffective assistance claims remanded to the postconviction court are still pending there. As of the date this answer was filed, no action has been taken on those claims."

Respondents are directed to supplement the answer filed on November 17, 2006, with an update on the status of the claims remanded to the postconviction court and to provide copies of any orders pertinent to the disposition of those claims. Accordingly, it is

ORDERED that Respondents are directed **within thirty (30) days from the date of this order** to supplement the answer filed on November 17, 2006, with an update on the status of the claims remanded to the postconviction court and to provide copies of any orders pertinent to the disposition of those claims.

DATED July 15, 2008, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge