IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01644-PAB-BNB

RICHARD ALLEN WALLEN,

Petitioner,

v.

JOE ORTIZ, Executive Director Colorado Department of Corrections, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

Respondents.
_____

**ORDER FOR STATE COURT RECORD**
_____

This matter is before me on the petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 By a Person in State Custody (the "Petition") and the respondents' Answer to Order to Show Cause, Response to Order to Supplement Answer, and Amended Response to Order to Supplement Answer. In their Answer to the Petition, the respondents cite extensively to the state court trial record. However, the trial court record has not been provided to me, although a review of that material appears to be necessary for the determination of the Petition. Accordingly,

IT IS ORDERED that, on or before **Tuesday, April 14, 2009**, the respondents shall provide the Court with the state trial court record.

Dated April 6, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge