IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01644-PAB-BNB

RICHARD ALLEN WALLEN,

Petitioner,

v.

JOE ORTIZ, Executive Director Colorado Department of Corrections, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

Respondents.
_____

**ORDER TO REPLACE DEFECTIVE STATE COURT RECORD**
_____

This matter is before me on the state court record submitted to and filed with the Court on April 30, 2009, in the form of two CDs. The CD titled "96CR1020 Wallen Additional Transcripts.pdf" is defective. The Court is unable to access the documents on that CD, and requires a replacement CD. Accordingly,

IT IS ORDERED that, on or before **Tuesday, May 12, 2009**, the respondents shall provide the Court with a nondefective copy of the CD titled "96CR1020 Wallen Additional Transcripts.pdf." It is

FURTHER ORDERED that a copy of this order shall be sent to Mona Bustamante, DeputyClerk, Boulder County Combined Courts, 1777 6th Street, P.O. Box 4249, Boulder, CO 80306-4249.

Dated May 8, 2009.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge