IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01644-PAB-BNB

RICHARD ALLEN WALLEN,

Petitioner,

v.

JOE ORTIZ, Executive Director Colorado Department of Corrections, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

Respondents.
_____

**ORDER TO PROVIDE ENTIRE STATE COURT PAPER RECORD**
_____

This matter is before me on the state court record submitted to and filed with the Court on May 12, 2009, in the form of a replacement CD. The replacement CD titled "96CR1020 Wallen Additional Transcripts.pdf" also is defective. The Court is unable to access the documents on that CD. Respondents shall provide the Court with the entire state court record in paper form on or before May 26, 2009. Accordingly,

IT IS ORDERED that, on or before **Tuesday, May 26, 2009**, the respondents shall provide the Court with the entire state court record in paper form on or before May 26, 2009. It is

FURTHER ORDERED that a copy of this order shall be sent to Mona Bustamante, Deputy Clerk, Boulder County Combined Courts, 1777 6th Street, P.O. Box 4249, Boulder, CO 80306-4249.

DATED May 14, 2009, at Denver, Colorado.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge