IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 06-cv-01644-PAB-BNB

RICHARD ALLEN WALLEN,

Petitioner,

v.

JOE ORTIZ, Executive Director, Department of Corrections, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

Respondents.
_____

**ORDER**
_____

This matter is before me on the petitioner's **Motion for Clarification on How to Proceed in Nondispositive Matters** [Doc. #40, filed 09/03/2008] (the "Motion"). The Motion is DENIED.

The petitioner requests the following:

> that the Magistrate Judge or the District Judge establish an orderly and efficient schedule for filing objections to nondispositive matters that permits the parties: (1) to await the Magistrate Judge's final report before deciding whether to object to preliminary or procedural actions taken by the Magistrate Judge before producing the report; and (2) to respond to each other's objections and file counterobjections.

Objections to the orders of a magistrate judge must conform with Rule 72, Fed. R. Civ. P., which provides in part that a party may file objections to a magistrate judge's order within 10 days after being served with a copy of the order. Fed.R.Civ.P. 72(a).

IT IS ORDERED that the Motion is DENIED.

Dated September 9, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge