IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 06-cv-01644-PAB-BNB

RICHARD ALLEN WALLEN,

Petitioner,

v.

JOE ORTIZ, Executive Director, Department of Corrections, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

Respondents.

_____

**ORDER**
_____

This matter is before me on the petitioner's **Motion to Review the State Record** [Doc. #41, filed 09/03/2008] (the "Motion"). The Motion is DENIED.

The petitioner requests that the court review certain portions of the state record when analyzing Claims One, Three, and Six of his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (the "Application"). The court is in possession of the petitioner's state record and is reviewing the record in its entirety in connection with the Application.

IT IS ORDERED that the Motion is DENIED.

Dated September 9, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge