# MEMORANDUM

**DATE**: December 29, 2010

**TO**: File 06-cv-01644-PAB

**FROM**: Judge Philip A. Brimmer

**CASE NAME**: Richard Wallen v. Ortiz, et al

Applicant may proceed in forma pauperis on appeal.