```
                                                              FILED
                                                      UNITED STATES DISTRICT COURT
                                                          DENVER, COLORADO
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO                    OCT 17 2011
                  Judge Philip A. Brimmer
                                                         GREGORY C. LANGHAM
                                                                 CLERK
```

Civil Action No. 06-cv-01644-PAB

RICHARD ALLEN WALLEN,

      Applicant,

v.

JOE ORTIZ, Executive Director, Colorado Department of Corrections, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED October 17, 2011.

                      BY THE COURT:

                      s/Philip A. Brimmer
                      PHILIP A. BRIMMER
                      United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01644 PAB

Boulder County Court
Boulder Justice Center
1777 6th St.
Boulder, CO 80302

Richard Allen Wallen
# 93902
Fremont Correctional Facility (FCF)
P.O. Box 999
Canon City, CO 81215-0999

John D. Seidel - Colorado Attorney General's Office - Criminal Enforce-App
**DELIVERED ELECTRONICALLY**

  I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on __10/17/11__ .


              GREGORY C. LANGHAM, CLERK

              By:_____
                  Deputy Clerk