F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 17 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-01644-PAB

RICHARD ALLEN WALLEN,

      Applicant,

v.

JOE ORTIZ, Executive Director, Colorado Department of Corrections, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

      Upon careful examination of the record, it appears that the disposition of the

above captioned case is now final.  It is, therefore

      **ORDERED** that the Clerk shall return the State Court Record.

DATED October 17, 2011.

                        BY THE COURT:

                        s/Philip A. Brimmer
                        PHILIP A. BRIMMER
                        United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01644 PAB

Boulder County Court
Boulder Justice Center
1777 6th St.
Boulder, CO 80302

Richard Allen Wallen
# 93902
Fremont Correctional Facility (FCF)
P.O. Box 999
Canon City, CO 81215-0999

John D. Seidel - Colorado Attorney General's Office - Criminal Enforce-App
**DELIVERED ELECTRONICALLY**


  I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on ___10/17/11___.



       GREGORY C. LANGHAM, CLERK

       By:_____
          Deputy Clerk